UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CLARENCE EDWARD LANCASTER,<br><br>   Defendant. | Case No. 1-13-CR-00028-BLW<br><br>**ORDER SETTING RESENTENCING HEARING AND**<br>**ORDER TO TRANSPORT DEFENDANT FROM FEDERAL CUSTODY TO HEARING** |

ORDER

  The Government's Motion filed in this matter (ECF 51) establishes good cause for this Court to set a resentencing hearing, based on the Ninth Circuit's Mandate (District Court ECF 49), and good cause to Order transport of the defendant from the current federal facility in Fort Dix, NJ to attend said resentencing hearing.

  WHEREFORE IT IS ORDERED THAT the resentencing hearing will be set for **September 28, 2015 at 3:30 p.m.** in Boise, Idaho, and the Defendant shall be transported to the

ORDER - 1

District of Idaho for that hearing pursuant to this Order and the Form USA-475, Request for Production of Federal Prisoner, submitted by the Government.

    IT IS FURTHER ORDERED THAT that the Defendant will be transported from FCI Fort Dix, 5756 Hartford & Pointvile Road, Joint Base MDL, NJ 08640, or wherever in the custody of the United States that he may be located, to attend said resentencing.

    IT IS SO ORDERED.

DATED: July 29, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2